## BRADLEY V. JESSE-FRENCH PIANO & ORGAN CO.

*Petition for Writ of Supersedeas.*

(Decided Dec. 5, 1906.)

APPEAL from Butler Circuit Court.

Heard before Hon. J. C. RICHARDSON.

D. M. POWELL, for appellant.

RAY RUSHTON, for appellee.

DOWDELL, J.—Affirmed on authority of *Jesse-French P. & O. Co. v. Bradley*, 143 Ala. 530.

WEAKLEY, C. J., HARALSON and DENSON, JJ., concur.